**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CRIMINAL NO. H-12-246** |
| | § | |
| **THOMAS ANASSI** | § | |

**UNOPPOSED MOTION FOR DESIGNATION**

**TO THE HONORABLE JUDGE VANESSA D. GILMORE:**

COMES NOW, THOMAS ANASSI, the Defendant, by and through his attorney of record, ROBERT FICKMAN, and respectfully moves the Court as follows:

**I**

Defendant was sentenced today. The Defense requests that this Honorable Court recommend to the Bureau of Prisons that Defendant serve his sentence as close to Houston as possible.

**II**

Counsel conferred with Assistant United States Attorney Ashlee McFarlane regarding this motion and she is unopposed.

WHEREFORE, Defendant respectfully requests that this Court grant this motion.

Respectfully submitted,


/s/  Robert Fickman
ROBERT J. FICKMAN
Attorney-In-Charge
State Bar No. 06956500

440 Louisiana, Suite 800
Houston, Texas 77002
Ph. 713-655-7400
Fax 713-224-6008
Attorney for Defendant,
THOMAS ANASSI

## **CERTIFICATE OF CONFERENCE**

I certify that I have conferred with Assistant United States Attorney Ashlee McFarlane regarding this motion. Ms. McFarlane does not oppose a continuance of the sentencing date.

/s/ Robert Fickman
ROBERT J. FICKMAN

## **CERTIFICATE OF SERVICE**

I certify that on this the 2nd of February, 2015, a true and correct copy of this motion was served via electronic filing on Assistant United States Attorney Ashlee McFarlane.

/s/ Robert Fickman
ROBERT J. FICKMAN